

FILED

OCT 06 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRANDY M. THORNTON, and
ROBERTA LYNNE WEBB ALLEN,

    Defendants.

No. 3:21-CR 127

JUDGES Crytzer/Poplin

## INDICTMENT
### COUNT ONE

The Grand Jury charges that:

1. At all times material to this indictment, the defendants, **BRANDY M. THORNTON** and **ROBERTA LYNNE WEBB ALLEN**, were employed by Sevier County, Tennessee as Deputy Clerks in the Sevier County Clerk's Office, and had the authority and ability to register and title vehicles with the State of Tennessee.

2. Beginning at least as early as in or around July of 2020, through on or about the date of the indictment, the exact dates being unknown to the Grand Jury, in the Eastern District of Tennessee, and elsewhere, the defendants,

**BRANDY M. THORNTON** and
**ROBERTA LYNNE WEBB ALLEN**,

did knowingly and intentionally conspire and agree with each other and others, known and unknown to the Grand Jury, to obstruct, delay and affect commerce and the movement of articles and commodities in commerce by extortion; that is, **BRANDY M. THORNTON** and **ROBERTA LYNNE WEBB ALLEN** obtained property not due to them and their office, namely, cash payments in United States Currency, and food in the Eastern District of Tennessee, from Juan

Lopez Gallardo, charged in another instrument, and others known and unknown to the Grand Jury, with their consent, under color of official right, in violation of Title 18, United States Code, Section 1951.

## COUNT TWO

The Grand Jury further charges that:

3. At all times material to this indictment, the defendant, **BRANDY M. THORNTON**, was employed by Sevier County, Tennessee as a Deputy Clerk in the Sevier County Clerk's Office, and had the authority to register and title vehicles with the State of Tennessee.

4. From on or about July 1, 2021 through on or about July 6, 2021, in the Eastern District of Tennessee and elsewhere, the defendant,

**BRANDY M. THORNTON**,

did knowingly obstruct, delay and affect and attempt to obstruct, delay and affect commerce and the movement of articles and commodities in commerce by extortion; that is, the defendant, **BRANDY M. THORNTON**, obtained property not due to her and her office, namely cash payment in United States Currency, from James C. Hickman, charged in another instrument, and others known and unknown to the Grand Jury, with their consent, under color of official right. All in violation of Title 18, United States Code, Section 1951.

## COUNT THREE

The Grand Jury further charges that:

5. At all times material to this indictment, the defendants, **BRANDY M. THORNTON** and **ROBERTA LYNNE WEBB ALLEN**, were employed by Sevier County, Tennessee as Deputy Clerks in the Sevier County Clerk's Office and had the authority to register and title vehicles with the State of Tennessee.

6. On or about August 6, 2021, in the Eastern District of Tennessee and elsewhere, the defendants,

**ROBERTA LYNNE WEBB ALLEN**, and
**BRANDY M. THORNTON**,

did knowingly obstruct, delay and affect and attempt to obstruct, delay and affect commerce and the movement of articles and commodities in commerce by extortion; that is, the defendants, **BRANDY M. THORNTON** and **ROBERTA LYNNE WEBB ALLEN**, obtained property not due to them and their office, namely cash payment in United States Currency, from James C. Hickman, charged in another instrument, and others known and unknown to the Grand Jury, with their consent, under color of official right.

All in violation of Title 18, United States Code, Sections 1951 and 2.

## Forfeiture

7. The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 1951, the defendants, **BRANDY M. THORNTON** and **ROBERTA LYNNE WEBB ALLEN**, shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to the violation or a conspiracy to commit such offense, including but not limited to the following:

## Money Judgment

Proceeds traceable to the violation of Title 18, United States Code, Section 1951, the defendants, **BRANDY M. THORNTON** and **ROBERTA LYNNE WEBB ALLEN**, personally obtained as a result of the violation.

Pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), each defendant shall forfeit substitute property, up to the value of the property subject to forfeiture, if by any act or omission of the defendant, the property, or any portion thereof:

a. cannot be located upon the exercise of due diligence;

b. has been transferred, sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL:

**SIGNATURE REDACTED**

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
ACTING UNITED STATES ATTORNEY

KEVIN QUENCER
Assistant United States Attorney