# CRIMINAL CASE COVER SHEET

**By:** [✓] INDICTMENT [ ] SUPERSEDING Case Number: _____
[ ] INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
[ ] RULE 20

**USA v.** Brandy M. Thornton

[✓] Felony [ ] Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
[ ] Misdemeanor *(Not class A)* [ ] Petty Offense

Immigration Cases
[ ] Defendant is being added to existing criminal case  [ ] Zone A  [ ] Zone B
[ ] Charges/Counts Added

Name of Assigned AUSA: Kevin S. Quencer

Matter Sealed: [✓] YES [ ] NO     Place of Offense: Sevier County

[ ] Interpreter Required   Language: _____

Issue: [✓] WARRANT [ ] SUMMONS [ ] WRIT (Motion to be filed)

Arresting Agency: [ ] DEA [ ] ATF [ ] USMS [✓] FBI [ ] Other: _____

Current Trial Date (if any): _____ before Judge _____

[ ] Criminal Complaint Filed     Case Number: _____
[ ] Defendant on Supervised Release     Case Number: _____

Related Case/Attorney:

Case Number _____   Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): _____

[ ] Federal Defender   [ ] CJA   [ ] Retained

Appointed by Target Letter         Case Number: _____
Appointed in Pending Indictment    Case Number: _____

**CHARGES:** Total # of Counts for this Defendant  **3**

(Attach additional page, if needed)

Attorney Signature: /s/

CRIMINAL CASE COVER SHEET

Case Number _____

USA v. Brandy M. Thornton

(Continued from Page 1)

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| | 18 U.S.C. § 1951 | To obstruct, delay and affect commerce and the movement of articles and commodities in commerce by extortion | Y | 1 | |
| | 18 U.S.C. § 1951 | To obstruct, delay and affect commerce and the movement of articles and commodities in commerce by extortion | Y | 2 | |
| | 18 U.S.C. § 1951 and 2 | To obstruct, delay and affect commerce and the movement of articles and commodities in commerce by extortion | Y | 3 | |