Case #:  3:21-cr-127　　　　　　　　　　　　　　　　　　Date:  March 14, 2022

## United States of America   vs.   Roberta Lynn Webb Allen

**PROCEEDINGS:  Change of Plea**.  The defendant was sworn and advised of her constitutional rights and of the penalties of the offense charged.  Report and Recommendation to follow.

THE HONORABLE THOMAS W. PHILLLIPS, U.S. MAGISTRATE JUDGE PRESIDING

| Mallory Dahl | Kara Nagorny | Scott Queener |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Kevin Quencer | | Gregory Isaacs & Ashlee Mathis |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

- ☐ No plea agreement filed
- ■ Plea Agreement [R.29] filed on February 25, 2022　☐ sealed　■ unsealed
- ■ Defendant was arraigned and specifically advised of his rights pursuant to Rule 11 F.R.C.P.
- ■ Defendant moved to change plea　■ granted　☐ denied
- ☐ The court read Counts of the Indictment
- ■ Defendant pleaded guilty to Count 1 of the Indictment.
- ☐ Government moved to dismiss the remaining count as to this defendant at sentencing.
- ■ Referred for Presentence Investigative Report.
- ■ DATE SET:  **Sentencing:** August 23, 2022 at 10:00 a.m.
  **Before:** the Honorable Katherine Crytzer, United States District Judge

> • Parties must adhere to Local Rules 83.9
>
> • Objections must be filed and served no later than fourteen days after the change of plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter.

- ■ Defendant to remain released pending sentencing
- ☐ Defendant remanded to custody of the U.S. Marshal

10:30 – 10:50 a.m.