UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:21-CR-127 |
| | ) | JUDGES CRYTZER/POPLIN |
| ROBERTA LYNN WEBB ALLEN | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

COMES the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and moves the Court to continue the date of the sentencing hearing in the above captioned case, which is currently set for August 23, 2022, for 60 days. A continuance would promote judicial economy, and allow the parties to further prepare for sentencing. Counsel for the defendant has been consulted and does not object to this motion to continue.

WHEREFORE the United States requests the Court continue the sentencing hearing in the above-captioned case for 60 days.

Respectfully submitted, this the 8th day of August, 2022.

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: s/ *Kevin S. Quencer*
KEVIN S. QUENCER
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167
Kevin.quencer@usdoj.gov
Virginia Bar No. 77212