UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 3:21-CR-127 |
| ) | JUDGE CRYTZER |
| ROBERTA LYNNE WEBB ALLEN, ) | |

**SENTENCING MEMORANDUM**

COMES NOW the United States of America, by and through the Acting United States Attorney for the Eastern District of Tennessee, and files this sentencing memorandum. The presentence report prepared by U.S. Probation dated July 15, 2022, establishes a total offense level of 10 and a criminal history category of I. The guideline imprisonment range is 6 months to 12 months.

The United States believes that a sentence of 2 years probation, including a requirement for community service during that probation period, is appropriate considering the sentencing factors enumerated in 18 U.S.C. §3553(a), and other factors that will become clear through an additional filing by the United States.

In support of this position, the United States points to the facts contained in the presentence report. These facts include the defendant's total lack of any prior criminal history of convictions or arrests, the nature of the offense, the collateral consequences of the defendant's conviction, including her changed employment status, the defendant's age, the defendant's education, and the defendant's early acceptance of responsibility for her actions.

1

Respectfully submitted on October 13, 2022.

        FRANCIS M. HAMILTON III
        UNITED STATES ATTORNEY

By: s/ Kevin S. Quencer               .
    KEVIN S. QUENCER
    Assistant United States Attorney
    800 Market Street, Suite 211
    Knoxville, Tennessee 37902
    (865) 545-4167
    Kevin.quencer@usdoj.gov
    Virginia Bar No. 77212