# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case #: 3:21-cr-127-2            Date: October 27, 2022

## United States of America    vs.    Roberta Lynn Webb Allen

**PROCEEDINGS: In Person Sentencing.** Neither party had any objections to the Presentence Investigative Report.

---

THE HONORABLE KATHERINE A. CRYTZER, UNITED STATES DISTRICT JUDGE PRESIDING

---

| Jason Huffaker | Kara Nagorny | Scott Queener |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Kevin Quencer | | G. Isaacs/A. Mathis |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorneys for Defendant** |

- ☐ Allocution given by defendant
- ☐ Government's Motion for Acceptance of Responsibility    ☐ granted    ☐ denied
- ■ Government's Motion [R.55]    ■ granted    ☐ denied
- ■ Defendant's Motion for Variance    ☐ granted    ■ denied

■ **JUDGMENT OF THE COURT:**

The defendant is hereby committed to probation for a total term of 2 years. The defendant shall not commit another federal, state, or local crime; shall comply with standard conditions that have been adopted by this Court Local Rule 83.10; and shall not illegally possess a controlled substance. The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. The defendant shall not possess a firearm, any ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. The defendant shall comply with the special conditions (6) set forth in the J&C. Count 3 of the Indictment is dismissed upon motion of the United States.

☐ **COURT RECOMMENDATIONS:**

- ■ Special assessment: $100.00
- ■ Fine: $5,000.00
- ☐ Defendant to remain on bond pending designation
- ☐ Defendant remanded to custody

1:44 – 2:19